UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Gerda Etiennefils
    Plaintiff

V.                                                        CA06-360S

Linda S. McMahon, Acting
Commissioner of Social Security
    Defendant

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on February 1, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b) (1). No objection having been filed, Defendant's Motion for Entry of Judgment Under Sentence Four is GRANTED and the matter be remanded to the Commissioner for further administrative proceedings.

BY ORDER:

_____
DEPUTY CLERK

ENTER:

_____
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE: 2/20/07